NOT FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

**03-1496**

TWO OIL SERVICES LLC

VERSUS

TIDE LAND SERVICES LLC ET AL

**************
APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, DOCKET NUMBER 10-15925
HONORABLE H. WARD FONTENOT, PRESIDING

**************
**SYLVIA R. COOKS**
**JUDGE**
**************

Court composed of Sylvia R. Cooks, Billie C. Woodard, and Marc T. Amy, Judges.

**Amy, J., concurs in the result and assigns reasons.**

**REVERSED.**

J. B. Jones III
Jones Law Firm
P.O. Box 1550
Cameron, Louisiana 70631
(337) 775-5714
COUNSEL FOR PLAINTIFF/APPELLANT:
       Two Oil Services LLC

Matthew Ungarino
Ungarino & Eckert LLC
Lakeway Two Ste 1280
3850 North Causeway Blvd.
Metairie, Louisiana 70002
(504) 836-7565
COUNSEL FOR DEFENDANT/APPELLEE:
       Tide Land Services LLC